UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: Greg S. Marrero                    CASE NO:09-10697

DEBTOR(S)                                 CHAPTER 13 CASE

MOTION BY TRUSTEE TO DEPOSIT
FUNDS INTO THE TREASURY

    NOW COMES Annette C. Crawford, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $2,327.41 representing surplus funds belonging to the above mentioned debtor. The Trustee attempted to send the funds to the debtor; however, the check was not negotiated within 90 days.

Dated: June 24, 2011

    s/Annette C. Crawford
    Annette C. Crawford
    Chapter 13 Standing Trustee
    8778 Goodwood Blvd.
    Baton Rouge, LA 70806
    (225) 928-2531