# Notice Recipients

District/Off: 053N−3          User: csmi                    Date Created: 6/24/2011
Case: 09−10697               Form ID: pdf801              Total: 5

**Recipients of Notice of Electronic Filing:**

ust      U.S. Trustee      ustp.region05@usdoj.gov
tr        Annette C. Crawford      crawfordtrustee@annettecrawford.com
aty      Annette C. Crawford      crawfordtrustee@annettecrawford.com
aty      James M. Herpin      bankr@herpindegeneres.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Greg S. Marrero      18973 Riverbend Dr.      Maurepas, LA 70449

TOTAL: 1